IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

GEORGE L. OLMO,

      Appellant,

v.
                                Case No. 5D22-1292
                                LT Case No. 2007-CF-1037

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed November 1, 2022

3.850 Appeal from the Circuit Court
for Hernando County,
Stephen E. Toner, Jr., Judge.

George L. Olmo, Zephyrhills, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Douglas T. Squire,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

EVANDER, WALLIS and EISNAUGLE, JJ., concur.